IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

___

| | |
|---|---|
| CHARLES JONES, individually and on behalf all others similarly situated, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 10-2248 ) |
| MORGAN KEEGAN & CO., INC., et al., | ) ) ) |
| Defendants. | ) |

___

**ORDER CLOSING CASE ADMINISTRATIVELY**

___

The claims in this case have been consolidated into <u>In re Regions Morgan Keegan Closed-End Fund Litigation</u>, No. 07-2830. (<u>See</u> Order on Pending Mots., ECF No. 68.) Therefore, the Clerk is DIRECTED to close <u>Jones v. Morgan Keegan & Co.</u>, No. 10-2248, administratively. The parties are DIRECTED to file in the consolidated case <u>In re Morgan Keegan Closed-End Fund Litigation</u>, No. 07-2830.

So ordered this 29th day of July, 2011.

            s/ Samuel H. Mays, Jr.
            SAMUEL H. MAYS, JR.
            UNITED STATES DISTRICT JUDGE